IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHELLE MOORE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:23-cv-152 |
| MARYLAND DEPARTMENT OF GENERAL SERVICES, et al. | | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81, Defendants the Maryland Department of General Services and the State of Maryland, by undersigned counsel, hereby give notice of the removal of this action from the Circuit Court of Baltimore City, Maryland, to the United States District Court for the District of Maryland. The grounds for removal are as follows:

1. Plaintiff, Michelle Moore, commenced this action against defendant on August 22, 2022, by filing a complaint in the Circuit Court for Baltimore City, Maryland. *See* Exhibit 1. The complaint was docketed as Case No. 24-C-22-003655.

2. On or about January 4, 2023, Plaintiff, by email delivery, served her summons (*See* Exhibit 2) and complaint on the Office of the Attorney General of the State of Maryland.

3. In accordance with 28 U.S.C. §1446(b), Defendants timely filed this notice of removal on January 20, 2023, within 30 days after Defendants were first notified of the complaint in the State Court action.

4. In accordance with 28 U.S.C. §1446(a) and Local Rule 103.5.a, Defendants are filing contemporaneously with this notice, true and legible copies of all process, pleadings, documents and orders which have been served upon defendants, consisting of the summons and complaint. *See* Exhibits 1-3. Defendants will file within 30 days true and legible copies of all other documents then on file in the State court together with the certification required by Local Rule 103.5.a.

5. This Court has jurisdiction over this case under 28 U.S.C. §§ 1331 and 1441 because it involves claims or rights arising under the laws of the United States. In her complaint seeking monetary damages, Plaintiff alleges Defendant's actions violated the Rehabilitation Act and asserts claims under 29 U.S.C.S. §704, *et seq*. *See* Exhibit 1 at Counts I, II, and III.

6. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the remaining claims in the Plaintiff's complaint, including Counts IV, V, and VI and the corresponding Claims for Relief. These claims allege, variously, that Defendants violated the Maryland Fair Employment Practices Act (Md. Code Ann., State Gov't § 20-606 and § 20-1001, *et seq.*). Further, all of Plaintiff's claims for relief incorporate the same factual allegations.

7. Defendants will promptly file a copy of this notice of removal with the Clerk of the Circuit Court for Baltimore City as required by 28 U.S.C. §1446(d).

Respectfully submitted,

Anthony G. Brown
Attorney General of Maryland

/s/ John C. Fredrickson
_____

John C. Fredrickson
Federal Bar No. 02566
Assistant Attorney General

|  |  |
|---|---|
|  | Department of General Services |
|  | 301 West Preston Street, Room 1304 |
|  | Baltimore, Maryland 21201 |
|  | john.fredrickson@maryland.gov |
|  | Telephone: (410) 767-1825 |
|  | Facsimile: (410) 333-7654 |
| Dated: January 20, 2023 | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2023, the foregoing Notice of Removal was filed with the Clerk of the Court for the United States District Court for the District of Maryland using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I hereby further certify that a copy of the foregoing Notice for Removal was sent via first-class mail, postage prepaid to:

John B. Flood, Esquire
Michael G. Raimondi, Esquire
Flood Marcavage Law, LLC
1 Research Court, Suite 450
Rockville, MD 20850
Attorneys for Plaintiff


/s/ John C. Fredrickson
_____

*John C. Fredrickson*